# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Craftwood II, Inc., *et al.*,
Plaintiff(s),

v.

Generac Power Systems, Inc., *et al.*,
Defendant(s).

Case No. 17 cv 4105
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: plaintiffs Craftwood II, Inc., *et al.*, have presented no evidence to suggest that they have been injured in any manner by any possible technical or procedural violation. As a result, they lack standing to bring their claim for a violation of the TCPA. Defendants Generac Power Systems, Inc., *et al.*'s, motion to dismiss (Doc. 46) is granted.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman  on a motion.

Date: 8/1/2018

Thomas G. Bruton, Clerk of Court

Claire Newman , Deputy Clerk