# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, | Case No. 1:17-cv-04105 |
| Plaintiffs, | **Hon. Robert W. Gettleman** |
| v. | |
| Generac Power Systems, Inc., *et al.*, | |
| Defendants. | |

**Notice of Appeal by All Plaintiffs**

Notice is hereby given that Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood III, Inc., dba Lunada Bay Hardware, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from: (a) the Judgment in a Civil Case, entered on August 1, 2018 (ECF 153); and (b) the Memorandum Opinion and Order granting Defendants' motions to dismiss, entered August 1, 2018 (ECF 152).

1

DATED:  August 27, 2018					PAYNE & FEARS LLP

*/s/ C. Darryl Cordero*
_____
C. Darryl Cordero [CA Bar No. 126689]
Email: cdc@paynefears.com
Damon Rubin [CA Bar No. 186504]
Email: dr@paynefears.com
Matthew K. Brown [CA Bar No. 252503]
Email: mkb@paynefears.com
Payne & Fears LLP
400 Continental Blvd., Suite 600
El Segundo, CA 90245
Telephone: (310) 689-1750


*Local Counsel
Peter Trobe [Illinois Bar No. 2857863]
Email: ptrobe@tbalaws.com
Trobe, Babowice & Associates, LLC
404 West Water Street
Waukegan, Illinois 60085
Telephone: (847) 625-8700


Attorneys for Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood III, Inc., dba Lunada Bay Hardware, on behalf of themselves and all others similarly situated

4842-5738-3793.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service will be served with a copy of this document via the Court's CM/ECF system.

*/s/ C. Darryl Cordero*
C. Darryl Cordero