# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

April 2, 2019

Before:       FRANK H. EASTERBROOK, Circuit Judge
              MICHAEL S. KANNE, Circuit Judge
              DAVID F. HAMILTON, Circuit Judge

| No. 18-2883 | CRAFTWOOD II, INC., and CRAFTWOOD III, Inc.<br> Plaintiffs - Appellants<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC., and COMPREHENSIVE MARKETING, INC.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-04105<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman ||

The judgment is **VACATED**, and the case is **REMANDED** for proceedings consistent with this opinion. The above is in accordance with the decision of this court entered on April 1, 2019. Appellants recover their costs.

form name: **c7_FinalJudgment**(form ID: **132**)