UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Generac Power Systems, Inc., *et al.*, <br><br> Defendants. | Case No. 1:17-cv-04105 <br><br> **Hon. Robert W. Gettleman** <br><br> Magistrate Judge Jeffrey Cole |

**Plaintiffs' Craftwood II, Inc., and Craftwood III, Inc.'s, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) or 1406(a)**

Plaintiffs Craftwood II, Inc., and Craftwood III, Inc., ("Plaintiffs") respectfully move this Court for an order transferring this action to the United States District Court for the Eastern District of Wisconsin under 28 U.S.C. § 1404(a) or § 1406(a).

As demonstrated in Plaintiffs' concurrently filed memorandum, all of the elements to transfer this action under 28 U.S.C. § 1404(a) for the convenience of the parties and in the interests of justice are present. Plaintiffs seek an order that: venue is proper in this district, venue is also proper in the Eastern District of Wisconsin, the Eastern District is more convenient for the parties and witnesses, and a transfer would serve the interests of justice. *Moore v. Motor Coach Indus.*, 487 F. Supp. 2d 1003, 1006 (N.D. Ill. 2007). Based on these findings, Plaintiffs move for an order transferring this action to the Eastern District of Wisconsin under 28 U.S.C. § 1404(a).

If this Court finds that venue is *not* proper in this District for any reason, then Plaintiffs move in the alternative to transfer this action to the Eastern District under 28 U.S.C. § 1406(a). A transfer to the Eastern District of Wisconsin under Section 1406(a) is proper if this District is the wrong venue because this action "could have been brought" in the Eastern District.

DATED: July 18, 2019　　　　　　　　PAYNE & FEARS LLP

　　　　　　　　　　　　　　　　　　By:　　　　　*/s/ Scott O. Luskin*

　　　　　　　　　　　　　　　　　　　　　Scott O. Luskin
　　　　　　　　　　　　　　　　　　　　　Payne & Fears LLP
　　　　　　　　　　　　　　　　　　　　　200 N. Pacific Highway, Suite 825
　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 689-1750
　　　　　　　　　　　　　　　　　　　　　Email: sol@paynefears.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood III, Inc., dba Lunada Bay Hardware, on behalf of themselves and all others similarly situated

- 2 -

**Certificate of Service**

      I hereby certify that on July 18, 2019, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service will be served with a copy of this document via the Court's CM/ECF system.

                                         */s/ Scott O. Luskin*
                                         Scott O. Luskin

4825-6942-3261.1