UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, | Case No. 1:17-cv-04105 |
| Plaintiffs, | **Hon. Robert W. Gettleman** |
| v. | |
| Generac Power Systems, Inc., *et al.*, | |
| Defendants. | |

**Plaintiffs' Motion to Compel Defendant Comprehensive Marketing, Inc., to Provide Further Responses to Plaintiffs' First, Third, and Fourth Sets of Requests for Production, First and Second Sets of Interrogatories, and to Provide Responses to Plaintiffs' Second Set of Requests for Production**

Plaintiffs, Craftwood II, Inc., and Craftwood III, Inc. (collectively, "Craftwood"), bring this motion to enforce four sets of written discovery, parts of which were served years ago. CMI should produce documents and information reflecting its relationship with Generac, including, without limitation, contracts, communications and invoices pertaining to fax advertising (requests 2.3, 2.5, 2.7, 2.10, 5.1-5.2, 6.1; interrogatories 7, 8, 13, 14, 15); the fax program and junk faxes, including transmission records and fax telephone number lists (requests 3.1–3.5, 4.1–4.5, 7.1–7.12, 13-series, 14-series, 15-series; interrogatories 1, 2, 5, 11, 12, 19, 25); CMI's relationship with WestFax (requests 2.2, 2.4, 2.8, 2.11, 7.13); its TCPA compliance (requests 16.1–16.3, 17.1–17.3; interrogatories 23, 24); and, records allegedly evidencing prior express permission and opt-out notices (requests 8.1–8.8, 14.4-14.5; interrogatories 16, 20-21).

Good cause exists to grant this motion because the documents sought are plainly relevant to both Craftwood's individual claims, including CMI's and Generac's liability in this lawsuit, as well as to the Court's personal jurisdiction over Generac, which it has challenged. This discovery is expressly permitted by this Court' July 23, 2019, order.

Because CMI is not substantially justified in refusing to comply with such large portions of Craftwood's discovery, sanctions of $6,120 are appropriate. In order to mitigate the prejudice caused by Generac's refusal to comply with the discovery, Craftwood respectfully requests a 60-day extension of the September 27, 2019, discovery cut-off. This will allow Craftwood to obtain and review essential documents before taking depositions on personal jurisdiction and the individual claims.

In support of this motion, Plaintiffs concurrently file their memorandum in support and the declaration of Roza Rosner, and on such further evidence and argument that may be submitted.

- 2 -

**Statement of Compliance With Local Rule 37-2**

The parties, through their counsel, have met and conferred to discuss the relief sought by this motion. Scott Luskin and Roza Rosner participated for Plaintiffs and Paul Bozych participated for CMI. The meet and confer is more fully discussed in the Rosner declaration.

DATED: September 16, 2019         PAYNE & FEARS LLP

                                  By:  _____/s/ Scott O. Luskin_____

                                  Scott O. Luskin
                                  Roza C. Rosner
                                  Payne & Fears LLP
                                  200 N. Pacific Highway, Suite 825
                                  El Segundo, CA 90245
                                  Telephone: (310) 689-1750
                                  Email: sol@paynefears.com

                                  Attorneys for Plaintiffs Craftwood II, Inc., dba
                                  Bay Hardware, and Craftwood III, Inc., dba
                                  Lunada Bay Hardware, on behalf of themselves
                                  and all others similarly situated

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service will be served with a copy of this document via the Court's CM/ECF system.

/s/ Scott O. Luskin
Scott O. Luskin

4831-5590-6968.1