UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, | Case No. 1:17-cv-04105 |
| Plaintiffs, | **Hon. Robert W. Gettleman** |
| v. | |
| Generac Power Systems, Inc., *et al.* | |
| Defendants. | |

### STIPULATION OF DISMISSAL *WITHOUT PREJUDICE*

Plaintiffs Craftwood II, Inc., dba Bay Hardware and Craftwood III, Inc., dba Lunada Bay Hardware (collectively, "Craftwood") and Defendant Comprehensive Marketing, Inc. hereby stipulate through their counsel that Defendant Comprehensive Marketing, Inc. be and hereby is dismissed *without prejudice* from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Comprehensive Marketing, Inc., shall bear its own costs and fees in this case.

DATED: December 26, 2019  PAYNE & FEARS LLP

By: _____

Damon Rubin
Payne & Fears LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, CA 90245
Telephone: (310) 689-1750
Email: dr@paynefears.com

Attorneys for Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood III, Inc., dba Lunada Bay Hardware, on behalf of themselves and all others similarly situated

DATED: December __, 2019  NIELSEN, ZEHE & ANTAS, P.C.

By: _____

Paul Bozych
Nielsen, Zehe & Antas, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 322-9900
Email: pbozych@nzalaw.com

Attorneys for Defendant Comprehensive Markting, Inc.

4813-1430-1358.4

2

DATED: December __, 2019        PAYNE & FEARS LLP


                                By: _____

                                Damon Rubin
                                Payne & Fears LLP
                                200 N. Pacific Coast Highway, Suite 825
                                El Segundo, CA 90245
                                Telephone: (310) 689-1750
                                Email: dr@paynefears.com

                                Attorneys for Plaintiffs Craftwood II, Inc., dba
                                Bay Hardware, and Craftwood III, Inc., dba
                                Lunada Bay Hardware, on behalf of themselves
                                and all others similarly situated

DATED: December 19, 2019        NIELSEN, ZEHE & ANTAS, P.C.


                                By: _____

                                Paul Bozych
                                Nielsen, Zehe & Antas, P.C.
                                55 W. Monroe Street, Suite 1800
                                Chicago, Illinois 60603
                                Telephone: (312) 322-9900
                                Email: pbozych@nzalaw.com

                                Attorneys for Defendant Comprehensive
                                Markting, Inc.


4813-1430-1358.4

2

## Certificate of Service

I hereby certify that on December 27, 2019, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service will be served with a copy of this document via the Court's CM/ECF system.

                                                                                                  */s/ Damon Rubin*
                                                                                                  Damon Rubin

4824-3907-8832.1