UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, | Case No. 1:17-cv-04105 |
| Plaintiffs, | |
| v. | **Magistrate Judge Jeffrey Cole** |
| Generac Power Systems, Inc., *et al.*, | |
| Defendants. | |

**Plaintiffs' Motion to Compel Comprehensive Marketing, Inc. to Provide Further Responses to Subpoena to Produce Documents, Etc. to Custodian of Records for CMI**

The motion of Plaintiffs, Craftwood II, Inc. and Craftwood III, Inc., under Rule 37 for an order compelling third-party, Custodian of Records for Comprehensive Marketing, Inc. (CMI) to produce to Plaintiffs by noon (Central Time) on July 21, 2020 the native document(s), without any redactions, and with all metadata intact, referenced in and/or on which the Declaration of Sheri Cummings Davis is based (including document previously produced as CMI00913-CMI00923) will be heard telephonically as follows:

| | |
|---|---|
| Judge: | Hon. Jeffrey Cole |
| Date: | July 20, 2020 |
| Time: | 2:00 p.m. Central |
| Telephone Number And Access Code: | As previously noticed by the Court |

DATED: July 20, 2020                    PAYNE & FEARS LLP

By:    /s/ Damon Rubin

Scott O. Luskin
Damon Rubin
Roza C. Rosner
Payne & Fears LLP
200 N. Pacific Highway, Suite 825
El Segundo, CA 90245
Telephone: (310) 689-1750
Email: sol@paynefears.com
          dr@paynefears.com
          rcr@paynefears.com

Attorneys for Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood III, Inc., dba Lunada Bay Hardware, on behalf of themselves and all others similarly situated

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2020, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service will be served with a copy of this document via the Court's CM/ECF system.

                                          */s/ Damon Rubin*
                                          Damon Rubin

4832-0798-7907.2