# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

CRAFTWOOD II, INC., a California corporation, d/b/a Bay Hardware; CRAFTWOOD III, INC., a California corporation d/b/a Lunada Bay Hardware, individually and as representatives of all others similarly situated,

Plaintiff(s),

v.

GENERAC POWER SYSTEMS, INC., a Wisconsin corporation,

Defendant(s).

Case No. 17 C 4105
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s), GENERAC POWER SYSTEMS, INC., a Wisconsin corporation,

and against plaintiff(s) CRAFTWOOD II, INC., a California corporation, d/b/a Lunada Bay Hardware, individually and as representatives of all others similarly situated,

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date:  9/13/2021                              Thomas G. Bruton, Clerk of Court

                                              Claire E. Newman, Deputy Clerk