## IN THE UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAFTWOOD II, INC., a California corporation, d/b/a Bay Hardware; CRAFTWOOD III, INC., a California corporation d/b/a Lunada Bay Hardware, individually and as representatives of all others similarly situated, | Case No.  17 C 4105 <br> Judge Robert W. Gettleman |
| Plaintiff(s), | |
| v. | |
| GENERAC POWER SYSTEMS, INC., a Wisconsin corporation, | |
| Defendant(s). | |

### <u>AMENDED JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

         which ☐ includes     pre–judgment interest.
                      ☐ does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

---

☒      in favor of defendant(s), GENERAC POWER SYSTEMS, INC., a Wisconsin corporation,

     and against plaintiff(s) CRAFTWOOD II, INC., a California corporation, d/b/a Bay Hardware, and CRAFTWOOD III, Inc., a California corporation d/b/a Lunada Bay Hardware,

    Defendant(s) shall recover costs from plaintiff(s).

---

☐      other:

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.

☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.


Date:    9/13/2021                 Thomas G. Bruton, Clerk of Court

                                                  Claire E. Newman, Deputy Clerk