UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Generac Power Systems, Inc., *et al.*, <br><br> Defendants. | Case No. 1:17-cv-04105 <br><br> **Hon. Robert W. Gettleman** |

**Notice of Appeal by All Plaintiffs**

Notice is hereby given that Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood III, Inc., dba Lunada Bay Hardware, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from: (a) the Amended Judgment in a Civil Case, entered on September 13, 2021 (ECF 294); and to the extent necessary (b) the Original Judgement in a Civil Case, entered on September 13, 2021 (ECF 291); and (c) the September Memorandum Opinion and Order granting Defendants' motion for summary judgment, entered September 13, 2021 (ECF 290).

///

DATED: October 11, 2021      PAYNE & FEARS LLP

*/s/ Scott O. Luskin*
C. Darryl Cordero [CA Bar No. 126689]
Email: cdc@paynefears.com
Scott O. Luskin [CA Bar No. 238082]
Email: sol@paynefears.com
Damon Rubin [CA Bar No. 186504]
Email: dr@paynefears.com
Payne & Fears LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, CA 90245
Telephone: (310) 689-1750


*Local Counsel
Peter Trobe [Illinois Bar No. 2857863]
Email: ptrobe@tbalaws.com
Trobe, Babowice & Associates, LLC
404 West Water Street
Waukegan, Illinois 60085
Telephone: (847) 625-8700


Attorneys for Plaintiffs Craftwood II, Inc.,
dba Bay Hardware, and Craftwood III, Inc.,
dba Lunada Bay Hardware, on behalf of themselves
and all others similarly situated

4846-7434-4187.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2021, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service will be served with a copy of this document via the Court's CM/ECF system.

                                                                                         */s/ Scott O. Luskin*
                                                                                          Scott O. Luskin