UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> Generac Power Systems, Inc., *et al.* <br><br>  Defendants. | Case No. 1:17-cv-04105 <br><br> **Hon. Robert W. Gettleman** |

**Plaintiffs' Docketing Statement**

Plaintiffs Craftwood II, Inc., dba Bay Hardware, and Craftwood III, Inc., dba Lunada Bay Hardware, on behalf of themselves and all others similarly situated, submit the following docketing statement pursuant to Rules 3(c)(1) and 28(a) of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit.

I.    **The District Court's Jurisdiction (Rule 28(a)(1))**

Plaintiffs filed their class action complaint with this Court on May 31, 2017. Plaintiffs seek to recover damages and enjoin Defendants' illegal junk fax advertising under a federal statute, the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227. The District Court has subject matter jurisdiction over this matter under federal-question

1

jurisdiction, 28 U.S.C. § 1331; *see Mims v. Arrow Fin. Servs., LLC,* 132 S. Ct. 740, 747, 1818 L. Ed. 2d 881 (2012).

II.  **The Seventh Circuit's Jurisdiction (Rule 28(a)(2))**

The Seventh Circuit Court of Appeals has jurisdiction over this appeal under 28 U.S.C. § 1291 because this is an appeal from a final decision by the United States District Court for the Northern District of Illinois. Section 1291 provides that "[t]he courts of appeals . . . shall have jurisdiction of appeals from all final decisions of the district courts of the United States . . ." The Bill of Costs was entered on December 6, 2021 (ECF 306).

The additional information required by Rule 28(a)(2) is as follows:

A.  The date of entry of the Bill of Costs sought to be reviewed is set forth above;

B.  No party has filed a motion for a new trial and no other motion tolls the time within which to appeal;

C.  The Notice of Appeal was filed on December 28, 2021; and

D.  This case does not concern an appeal from the decision of a magistrate judge.

III.  **Prior or Related Appellate Proceedings**

There was a prior appeal in this matter, *Craftwood II, Inc. v. Generac Power Sys., Inc.*, No. 18-2883. The opinion is located at 920 F.3d 479 (7th Cir. 2019). There is also a concurrent, related appeal in this matter, *Craftwood II, Inc. v. Generac Power Sys., Inc.*, No. 21-2858.

## IV.  Prior Litigation in District Court

There is no prior litigation in the district court that, although not appealed, has been designated by the district court as satisfying the criteria of 28 U.S.C. § 1915(g).

## V.  Parties Appearing in Official Capacity

There are no parties in this case appearing in an official capacity.

DATED:  January 3, 2022              PAYNE & FEARS LLP

/s/  Scott O. Luskin
C. Darryl Cordero [CA Bar No. 126689]
Email: cdc@paynefears.com
Scott O. Luskin [CA Bar No. 238082]
Email:  sol@paynefears.com
Damon Rubin [CA Bar No. 186504]
Email: dr@paynefears.com
Payne & Fears LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, CA 90245
Telephone: (310) 689-1750

*Local Counsel
Peter Trobe [Illinois Bar No. 2857863]
Email: ptrobe@tbalaws.com
Trobe, Babowice & Associates, LLC
404 West Water Street
Waukegan, Illinois 60085
Telephone:  (847) 625-8700

Attorneys for Plaintiffs Craftwood II, Inc.,
dba Bay Hardware, and Craftwood III, Inc.,
dba Lunada Bay Hardware, on behalf of themselves
and all others similarly situated

4893-7072-4870.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic service will be served with a copy of this document via the Court's CM/ECF system.

> */s/ Scott O. Luskin*
> Scott O. Luskin